UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO.: 8:20-cr-00370-SCB-SPF-3

v.

JUAN CARLOS BLANCO CALDERON

---

**DEFENDANT'S SENTENCING MEMORANDUM**

---

COMES NOW THE DEFENDANT, JUAN CARLOS BLANCO CALDERON (hereinafter "Mr. Calderon"), by and through his Undersigned Counsel and hereby files this Sentencing Memorandum.

**STATEMENT OF FACTS**

On December 3, 2020, a grand jury in the Middle District of Florida returned a two-count indictment naming Mr. Calderon and two others as co-defendants. Pre-Sentence Report ("PSR") 4¶1. Mr. Calderon was charged with one count of conspiracy to possess with intent to distribute 5 kgs or more of cocaine and 100 kgs or more of marijuana while on board a vessel subject to United States jurisdiction. *Id.* at ¶2. Count two charged the codefendants with conspiracy to possess with intent to distribute 5kg or more of cocaine and 100kg or more of marijuana while on board a vessel subject to United States jurisdiction. *Id.* at ¶3. Mr. Calderon entered a guilty plea to Count One pursuant to an agreement with the Government. *Id.* at ¶5. He was adjudicated

guilty by the Court on March 23, 2021. *Id.* at ¶6.

## SENTENCING GUIDELINES CALCULATION

Mr. Calderon is responsible for 1,066 kg of marijuana and 185kg of cocaine. PSR 5¶13. Mr. Calderon does not dispute the conversion listed in the PSR that gives a base offense level of 36. PSR 6 ¶18. He receives a two point adjustment for safety valve and 3 full points for acceptance of responsibility for a total offense level of 31. PSR 6-7. Mr. Calderon objects to not receiving a 2-point reduction further for minor role under §3B1.2(b). His criminal history category is properly scored as I. The guideline range from the report is 108 to 135 months. PSR 10 ¶57.

## ROLE OBJECTION

Mr. Calderon objects to not receiving a two-point reduction under USSG §3B1.1(b). He should receive a minor role reduction as he is less culpable than the average defendant. This was his first venture. He had no understanding of the scope and structure of the drug trafficking organization he was working for. He had no role in planning the venture or organizing it. He did not exercise decision making authority and had no influence on the exercise of decision making authority. His role was simply that as a mariner and his only gain was what he would be paid for the venture. Under the

U.S.S.G. §3B1.2 application note 3(C) factors he should receive a minor role reduction.

### REQUEST FOR VARIANCE AND REASONABLE SENTENCE OF 60 MONTHS

Mr. Calderon respectfully requests that this Court sentence him to 60 months of imprisonment.   This Court is aware of the wide discretion given by *Booker* and its progeny, so there is no need to reiterate it here. Under the factors laid out by 18 USC § 3553(a), a 60-month sentence is appropriate.

Prior to the COVID-19 pandemic, Mr. Calderon had no criminal history and owned and operated a glass installation company and did relatively well, but the pandemic stopped his work because clients would not want him in their homes. PSR 9-10. His need for income to take care of his two children drove him to become a mariner for a drug trafficking venture. Furthermore, simple mariners are receiving lighter sentences in this district. The Hon. Mary Scriven agreed that Vianey Renteria Cuero, a mariner charged in 8:20-CR-00198-MSS-AAS-2, should receive a minor role reduction from that court and this Court should consider the same for Mr. Calderon. In that case Judge Scriven gave that defendant a sentence of 51 months (after a 5k1 motion was granted) and that venture was for a considerably larger shipment of cocaine, over 1,360 kg.

A reasonable sentence of 60 months would meet the sentencing

objectives of 18 USC § 3553(a) and reflect the nature and circumstances of the offense and Mr. Calderon's characteristics and history and would not promote sentence disparity between similarly charged defendants.

Respectfully submitted,

s/Darlene Calzon Barror
DARLENE CALZON BARROR, ESQUIRE
506 North Armenia Ave.
Tampa, Florida 33609
Tel: (813) 877-6970
Fax: (813) 879-2610
Darlene@BarrorLaw.com
Attorney for Defendant
Florida Bar No.   0860379

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by CM/ECF system which will send an electronic filing to THE OFFICE OF THE ASSISTANT UNITED STATES ATTORNEY, this 25th day of May 2021.

s/Darlene Calzon Barror
DARLENE CALZON BARROR, ESQUIRE